**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     In re Probir K. Bondyopadhyay and Madhuri Bondyopadhyay

Appellate case number:   01-22-00427-CV

Trial court case number: 2021-43287

Trial court:             157th District Court

Date motion filed:       June 28, 2022

Party filing motion:     Relators

 

On June 28, 2022, relators filed their "10th Motion Filed Under Rule 49.1." We interpret relators' motion as a motion for rehearing of our June 23, 2022 memorandum opinion denying mandamus relief. *See* Tex. R. App. P. 52.8(a), 52.9. It is ordered that relators' motion for rehearing is **denied**. All pending motions are overruled as moot.

Judge's signature: _____/s/ Sherry Radack_____
                         Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Hightower.

Date: _____July 7, 2022_____